# Third District Court of Appeal

## State of Florida

Opinion filed October 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0672
Lower Tribunal No. R.A.A.C. 23-00176
_____

**Huseyin Dagli,**
Appellant,

vs.

**Reemployment Assistance Appeals Commission,**
Appellee.

An Appeal from the Reemployment Assistance Appeals Commission.

Huseyin Dagli, in proper person.

Amanda L. Neff, Deputy General Counsel (Tallahassee), for appellee Reemployment Assistance Appeals Commission.

Before FERNANDEZ, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.